## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

XAVIOR AKINA,

    Petitioner,

v.                                                                             No. 20-cv-1084-KWR-JFR
                                                                                            16-cr-2009-KWR

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT CLOSING CASE

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate document closing this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Xavior Akina's Motion Requesting a Judicial Recommendation for Halfway House Placement (**CV Doc. 1**) is **DENIED** and this civil case is **CLOSED**.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE